UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**BRIAN WARD,**

    **Plaintiff,**

v.                                                     Case No. 3:25-cv-930-TKW-ZCB

**DEPARTMENT OF HEALTH &**
**HUMAN SERVICES, et al.,**

    **Defendants.**
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 7) and Plaintiff's objections (Doc. 8). The Court reviewed the issues raised in the objections de novo under 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed for lack of standing.[1]

Accordingly, it is **ORDERED** that:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

---

[1] Based on this conclusion, the Court need not consider the merits of the complaint. However, for what it's worth, the allegations that "the FDA has claimed ownership of [Plaintiff's] person" and conscripted him into "involuntary servitude" by covertly subjecting him to "clinical investigation," "biometric collection," and "medical experimentation" through the adoption of a rule are fanciful and border on frivolous.

2. This case is DISMISSED without prejudice for lack of standing.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 29th day of September, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**